**Order entered June 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01436-CR

**LEE JAROME LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F14-52807-X**

## ORDER

The Court **REINSTATES** the appeal.

On May 21, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On June 22, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the May 21, 2015 order requiring findings.

We **GRANT** the June 22, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE